**856**

No opinion. Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.

(June 14, 1943.)

FRANCES ARMSTRONG et al., Appellants, v. RICHARD C. MONTGOMERY, as Comptroller of the City of Yonkers, et al., Respondents.— Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

ARTHUR S. BARNES, Individually and as a Stockholder of ATLANTIC CEMENT PRODUCTS, INC., Appellant, v. A. ARTHUR ALLEN, as Trustee in Bankruptcy of ATLANTIC CEMENT PRODUCTS, INC., et al., Respondents, et ál., Defendants.— Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

W. A. BROCKHURST COMPANY, INC., Plaintiff, v. CITY OF YONKERS et al., Appellants, et al., Defendants, and FIRST NATIONAL BANK & TRUST COMPANY OF YONKERS, Impleaded Defendant, Respondent.— Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

W. A. CASE & SON MANUFACTURING COMPANY et al., on Behalf of Themselves and All Other Creditors of CHARLES LOUGHLIN, INC., Similarly Situated, Appellants, v. NATIONAL BANK OF FAR ROCKAWAY, Respondent, et al., Defendants.— Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

CHEVIOT REALTY CORPORATION, Respondent, v. SADIE KAPLAN et al., Defendants, and HAVEMEYER REALTY CORPORATION, Defendant-Appellant.— Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

JOSEPH P. DAY et al., as Trustees, Respondents, v. MORRIS WALZER et al., Appellants.— Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

FLEETWOOD BANK, Respondent, v. HENRY E. STOHLDREIER, Appellant, et al., Defendants.— Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

FRED FREDERICKSON, Appellant, v. WILLIAM SHERMAN et al., Respondents.— Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

HYMAN GOLDMAN, Respondent, v. NU-BORO PARK CLEANERS, INC., et al., Appellants.— Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

HYMAN GOLDMAN, Respondent, v. NU-BORO PARK CLEANERS, INC., et al., Appellants.— Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

In the Matter of the Arbitration between FRIDA FINDER, Respondent, and CARMINA NUNEZ, Appellant.— Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

In the Matter of DAVID HENDRICKSON et al., Appellants, against CHARLES